THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR
 RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Thomas L.
 Clems, Appellant,
 v
 South Carolina Department
 of Probation, Parole and Pardon Services, Respondent.
 
 
 

Appeal From Administrative Law Court
 Deborah B. Durden, Administrative Law
 Judge
Unpublished Opinion No. 2010-UP-314
Submitted June 1, 2010  Filed June 15,
 2010    
Affirmed

 
 
 
 Thomas L. Clems, pro se, of Ridgeland, for Appellant. 
 Tommy Evans, Jr., of Columbia, for Respondent.
 
 
 

PER CURIAM: Thomas L. Clems appeals the South Carolina Parole Board's (the Board) denial of
 his parole, arguing the Board failed to comply with Cooper v. South Carolina Department of Probation,
 Parole and Pardon Services. 377 S.C.
 489, 661 S.E.2d 106 (2008).[1] 
 We affirm[2] pursuant to Rule 220(b)(1), SCACR, and
 the following authority: Compton v.
 S.C. Dep't of Prob., Parole & Pardon Servs., 385 S.C. 476, 479, 685 S.E.2d 175, 179 (2009)
 (holding an order denying parole is sufficient under Cooper if it states
 the Board considered the statutory criteria in section 24-21-640 of the South
 Carolina Code (2007) and parole form 1212).  
Affirmed.
FEW, C.J., WILLIAMS, J., and CURETON, A.J., concur.

[1] We decline to address Clems's remaining issue because
 our holding that the order denying his parole was sufficient under Cooper is dispositive.  See Futch v. McAllister Towing of Georgetown, Inc.,
 335 S.C. 598, 613, 518 S.E.2d 591, 598 (1999) (finding
 this court need not address issues when its determination of a prior issue is
 dispositive). 
[2] We decide this case without oral argument pursuant to
 Rule 215, SCACR.